

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00162-CV

**KAYCI PETERSON, INDIVIDUALLY AND
AS NEXT FRIEND OF G.P., W.P., AND G.P.,**

                                              **Appellant**

 **v.**

**MIDSTATE ENVIRONMENTAL SERVICES, LP
AND JOHN DOE EMPLOYEE OF MIDSTATE
ENVIRONMENTAL SERVICES, LP,**

                                              **Appellees**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 12-08-38275-CV

## ORDER

Appellant addressed a motion to transfer to this Court. Only the Supreme Court of Texas has the jurisdiction to transfer an appellate court proceeding. *Miles v. Ford Motor Company*, 914 S.W.2d 135, 137 (Tex. 1995) (per curiam). Appellant's motion will be forwarded to the Texas Supreme Court in compliance, as nearly as possible under the circumstances, with the procedures described in *Miles*. *Id.* n. 2.

In the alternative to the motion to transfer, appellant sought the recusal of each of the justices on the Court. Using the procedure described in *McCullough v. Kitzman*, 50 S.W.3d 87 (Tex. App.—Waco 2001, order), appellant's motion to recuse the members of the Court is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion to recuse denied
Order issued and filed August 1, 2018
Do not publish

